

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2014

No. 04-14-00013-CV

**IN THE INT OF AJL, ARL, AAR, AND BNG**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

## O R D E R

    This is an accelerated appeal from an order terminating appellant's parental rights. Appellant's brief was originally due on February 11, 2014. On February 11, 2014, appellant filed his first request for an extension, asking for additional time until March 3, 2014.

    The request is GRANTED; however, no further extensions of time will be granted. Appellant's brief is due no later than March 3, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court